JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)            ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐   Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No ☐   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                        TORTS                                                       ACTIONS UNDER STATUTES

CONTRACT            PERSONAL INJURY         PERSONAL INJURY/            FORFEITURE/PENALTY     BANKRUPTCY              OTHER STATUTES
                                            [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE  [ ] 310 AIRPLANE        PHARMACEUTICAL PERSONAL     [ ] 625 DRUG RELATED   [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120  MARINE     [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY   SEIZURE OF PROPERTY        28 USC 158           [ ] 376 QUI TAM
[ ] 130  MILLER ACT     LIABILITY           [ ] 365 PERSONAL INJURY     21 USC 881             [ ] 423 WITHDRAWAL      [ ] 400 STATE
[ ] 140  NEGOTIABLE [ ] 320 ASSAULT, LIBEL &    PRODUCT LIABILITY       [ ] 690 OTHER              28 USC 157              REAPPORTIONMENT
         INSTRUMENT     SLANDER             [ ] 368 ASBESTOS PERSONAL                                                   [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF [ ] 330 FEDERAL            INJURY PRODUCT                                                          [ ] 430 BANKS & BANKING
         OVERPAYMENT &  EMPLOYERS'              LIABILITY               PROPERTY RIGHTS                                 [ ] 450 COMMERCE
         ENFORCEMENT    LIABILITY                                                                                       [ ] 460 DEPORTATION
         OF JUDGMENT [ ] 340 MARINE          PERSONAL PROPERTY          [ ] 820 COPYRIGHTS                              [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT [ ] 345 MARINE PRODUCT                            [ ] 830 PATENT                                      ENCED & CORRUPT
[ ] 152  RECOVERY OF    LIABILITY           [ ] 370 OTHER FRAUD         [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION     ORGANIZATION ACT
         DEFAULTED  [ ] 350 MOTOR VEHICLE   [ ] 371 TRUTH IN LENDING    [ ] 840 TRADEMARK                                   (RICO)
         STUDENT LOANS [ ] 355 MOTOR VEHICLE                                                                            [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS) PRODUCT LIABILITY                                                     SOCIAL SECURITY          [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF [ ] 360 OTHER PERSONAL [ ] 380 OTHER PERSONAL      LABOR
         OVERPAYMENT    INJURY                  PROPERTY DAMAGE                                [ ] 861 HIA (1395ff)     [ ] 850 SECURITIES/
         OF VETERAN'S [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR     [ ] 862 BLACK LUNG (923)     COMMODITIES/
         BENEFITS       MED MALPRACTICE         PRODUCT LIABILITY          STANDARDS ACT       [ ] 863 DIWC/DIWW (405(g))   EXCHANGE
[ ] 160  STOCKHOLDERS                                                   [ ] 720 LABOR/MGMT     [ ] 864 SSID TITLE XVI
         SUITS                                                              RELATIONS          [ ] 865 RSI (405(g))
[ ] 190  OTHER                              PRISONER PETITIONS          [ ] 740 RAILWAY LABOR ACT                       [ ] 890 OTHER STATUTORY
         CONTRACT                           [ ] 463 ALIEN DETAINEE      [ ] 751 FAMILY MEDICAL FEDERAL TAX SUITS            ACTIONS
[ ] 195  CONTRACT                           [ ] 510 MOTIONS TO          LEAVE ACT (FMLA)                                [ ] 891 AGRICULTURAL ACTS
         PRODUCT        ACTIONS UNDER STATUTES  VACATE SENTENCE                                [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY                              28 USC 2255             [ ] 790 OTHER LABOR        Defendant)           [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE  CIVIL RIGHTS            [ ] 530 HABEAS CORPUS           LITIGATION         [ ] 871 IRS-THIRD PARTY      MATTERS
                                            [ ] 535 DEATH PENALTY       [ ] 791 EMPL RET INC       26 USC 7609          [ ] 895 FREEDOM OF
                    [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER     SECURITY ACT (ERISA)                            INFORMATION ACT
REAL PROPERTY           (Non-Prisoner)                                                                                  [ ] 896 ARBITRATION
                    [ ] 441 VOTING                                      IMMIGRATION                                     [ ] 899 ADMINISTRATIVE
[ ] 210  LAND       [ ] 442 EMPLOYMENT      PRISONER CIVIL RIGHTS                                                           PROCEDURE ACT/REVIEW OR
         CONDEMNATION [ ] 443 HOUSING/                                  [ ] 462 NATURALIZATION                              APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE    ACCOMMODATIONS      [ ] 550 CIVIL RIGHTS            APPLICATION
[ ] 230  RENT LEASE & [ ] 445 AMERICANS WITH [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION                       [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT      DISABILITIES -      [ ] 560 CIVIL DETAINEE          ACTIONS                                         STATE STATUTES
[ ] 240  TORTS TO LAND  EMPLOYMENT              CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT [ ] 446 AMERICANS WITH
         LIABILITY      DISABILITIES -OTHER
[ ] 290  ALL OTHER  [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

☐  CHECK IF THIS IS A CLASS ACTION          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                       AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                            IF SO, STATE:

DEMAND $_____  OTHER _____        JUDGE _____  DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND:  ☐ YES  ☐ NO                   NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
    ☐ a. all parties represented
    ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☐ MANHATTAN

DATE      SIGNATURE OF ATTORNEY OF RECORD      ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #      Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)