UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO OSORIO CABRERA,

                    Plaintiff,

  -v-

HAI CANG SEAFOOD CORP., VICKY LOU, and JOHNNY TRUONG,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 7328 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' consent to the Undersigned's jurisdiction for the remainder of this action. (ECF No. 27).

By **March 8, 2021**, the parties shall submit a joint status letter on the progress of settlement negotiations, which should include a proposed date for the parties' settlement fairness submissions pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated:    New York, New York
            March 1, 2021

                                              SO ORDERED

                                              _/s/ Sarah L. Cave_
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**